UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND M. PFEIL AND
MICHAEL KAMMER,
Individually And On Behalf Of
All Others Similarly Situated,

      CASE NO. 09-CV-12229

   Plaintiffs,

      HON. DENISE PAGE HOOD

v.

STATE STREET BANK AND TRUST
COMPANY,

   Defendant.
_____/

## JUDGMENT

This action having come before the Court and the Court having issued an order dismissing the case this date, accordingly,

Judgment is entered against Plaintiffs and in favor of Defendant.

      DAVID J. WEAVER
      CLERK OF COURT

Approved:

      By: s/Julie Owens
          Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: April 11, 2014

Detroit, Michigan

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 11, 2014, by electronic and/or ordinary mail.

        s/Julie Owens for LaShawn R. Saulsberry
        Case Manager