UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

_____

RAYMOND M. PFEIL AND MICHAEL
KAMMER, Individually and on Behalf
of All Others Similarly Situated,

                Plaintiffs,

vs.

STATE STREET BANK AND TRUST
COMPANY,
                Defendant.

_____

Case No. 2:09-cv-12229

Honorable Denise Page Hood

CLASS ACTION

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs and Class Representatives Raymond Pfeil, Michael Kammer, Andrew Genova, Richard Wilmot, Jr. and Donald Secen, hereby appeal to the United States Court of Appeals for the Sixth Circuit from: (1) the final judgment in favor of the Defendant and against Plaintiffs entered in this action on April 11, 2014 (Docket No. 157); (2) the opinion and order granting Defendant's motion for summary judgment and denying Plaintiffs' sealed motion for summary judgment entered in this action on April 11, 2014 (Docket No. 156); and (3) the order regarding various non-dispositive motions entered in this action on March 31, 2014 (Docket No. 155).

Dated: April 16, 2014							SCOTT+SCOTT, Attorneys at Law, LLP


							/s/ Geoffrey M. Johnson
							GEOFFREY M. JOHNSON
							12434 Cedar Road, Suite 12
							Cleveland Heights, OH 44106
							Telephone: (216) 229-6088
							Facsimile: (216) 229-6092
							gjohnson@scott-scott.com

							DEBORAH CLARK-WEINTRAUB
							THOMAS L. LAUGHLIN IV
							SCOTT+SCOTT, Attorneys at Law, LLP
							The Chrysler Building
							405 Lexington Avenue, 40th Floor
							New York, NY 10174
							Telephone: (212) 223-6444
							Facsimile: (212) 223-6334
							dweintraub@scott-scott.com
							tlaughlin@scott-scott.com

							DAVID R. SCOTT
							STEPHEN TETI
							SCOTT+SCOTT, Attorneys at Law, LLP
							156 S. Main Street
							P.O. Box 192
							Colchester, CT  06415
							Telephone: (860) 537-5537
							Facsimile: (860) 537-4432
							david.scott@scott-scott.com
							steti@scott-scott.com

							*Counsel for Plaintiffs*

							ELWOOD S. SIMON (P20499)
							JOHN P. ZUCCARINI (P41646)
							ELWOOD S. SIMON & ASSOCIATES, P.C.
							21 East Long Lake Road, Suite 520
							Bloomfield Hills, MI 48302
							Telephone: (248) 646-9730
							Facsimile: (248) 258-2335

							*Local Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on this 16th day of April, 2014, a true and correct copy of the foregoing was served via ECF on counsel for Defendant.

                                      /s/ Geoffrey M. Johnson
                                      GEOFFREY M. JOHNSON
                                      SCOTT+SCOTT, Attorneys at Law, LLP
                                      12434 Cedar Road, Suite 12
                                      Cleveland Heights, OH 44106
                                      Telephone: (216) 229-6088
                                      Facsimile: (216) 229-6092
                                      gjohnson@scott-scott.com